IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRC GROUP, LLC, a California Limited Liability Co., <br><br> Plaintiff, <br><br> v. <br><br> QUEPASA CORPORATION, a Nevada Corporation, and DOES 1 to 10, inclusive, <br><br> Defendants. / | No. C 09-01506 WHA <br><br> **NOTICE RE AUGUST 6, 2009, HEARING** |

At the August 6, 2009, hearing on defendant's motion to dismiss, counsel should be prepared to comment on the significance, if any, of the following language from paragraph 14 of the note (emphasis added): "[a]ny action brought to enforce this Note may be commenced and maintained, at Holder's option, in any state or federal district court in Arizona, *or in any other court having personal jurisdiction over Maker*."

Dated: August 3, 2009

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE