IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

BANKATLANTIC,

    Plaintiff,

v.

2600 QUANTUM, LLC, a Florida limited liability company; and MPG GATEWAY, LTD., a Florida limited partnership,

    Defendants.
_____/

Case No: 502009CA031192XXXXMBAE

## NOTICE OF HEARING
### (Uniform Motion Calendar)

You are hereby notified that the undersigned attorney will call up for hearing the following matter at the date, time and place listed below:

DATE:    Thursday, May 13, 2010

TIME:    8:45 a.m.

JUDGE:    HONORABLE TIMOTHY MCCARTHY

PLACE:    Palm Beach County Courthouse, 205 North Dixie Highway, Courtroom 4A, West Palm Beach, FL 33401

MATTER:    *Motion for Leave to Amend Complaint [filed by BankAtlantic]*

[Movant counsel hereby certifies that a bona fide effort to agree or to narrow the issues on the Motion noticed above has been made prior to the hearing and that this matter can be heard in 5 minutes or less.]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Hearing was served via U.S. mail and facsimile to Irwin Gilbert, Esquire, Gilbert & Yarnell, PLLC, P.O. Box 32172, Palm Beach Gardens, Florida 33420 and Giorgio Vallar, Esquire, 1803 Briar Creek Blvd, Safety Harbor, Florida 34695, this 27 day of April, 2010.

LAW OFFICES OF
SEILER, SAUTTER, ZADEN, RIMES & WEIHE
2850 North Andrews Avenue
Wilton Manors, Florida 33311
(954) 568-7000

_____
RICHARD J. ZADEN, Esquire
(F.B.N. 867357)
STEVEN A. WAHLBRINK, Esquire
(F.B.N. 17496)

---

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Krista Garbert ADA Coordinator, in the Administrative Office of the Court, Palm Beach County Courthouse, 205 North Dixie Highway, Room 5.2500, West Palm Beach, Florida 33401; telephone number 561.355.4380 within two (2) working days of your receipt of this document; if you are hearing or voice impaired, call 1.800.955.8770.

1  RICHARD M. ROGERS, #045843
   Law Office of Richard M. Rogers
2  100 Bush Street, #1980
   San Francisco, CA 94104
3  Telephone: 415/981-9788
   Facsimile: 415/981-9798
4
   Attorneys for BRC Group, LLC
5

6

7              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
8

9
   BRC GROUP, LLC, a California Limited ) Case No. 3:09-cv-01506-WHA
10 Liability Company,                   )
                                        )
11                                      )
                          Plaintiff,    ) **STIPULATION AND ORDER OF**
12                                      ) **DISMISSAL WITH PREJUDICE**
      vs.                               )
13                                      )
   QUEPASA CORPORATION, a Nevada        )
14 Corporation, and DOES 1 to 10, inclusive, )
                                        )
15                                      )
                          Defendants.   )
16                                      )
   ─────────────────────────────────────
17                                      )
   QUEPASA CORPORATION, a Nevada        )
18 Corporation,                         )
                                        )
19                   Counter-Claimant,  )
                                        )
20    vs.                               )
                                        )
21                                      )
   BRC GROUP, LLC, a California Limited )
22 Liability Co., and ROES 1 to 10, inclusive, )
                                        )
23                                      )
                     Counter-Defendants.)
24

25

26

27

28

                            1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

Dated: March 3, 2010           LAW OFFICE OF RICHARD M. ROGERS

RICHARD M. ROGERS
Attorneys for Plaintiff/Counter-Defendant BRC Group, LLC

Dated: March 10, 2010          GILBERT & YARNELL

IRWIN GILBERT
Attorneys for Defendant/Counter-Claimant Quepasa Corporation

**IT IS SO ORDERED**

Dated: ~~March~~ May 10, 2010

William H. Alsup
Judge, United States District Court for the Northern District of California

IT IS SO ORDERED
Judge William Alsup